UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEMOND T. JOHNSON,

                                                              JUDGMENT
                                                              18-CV-4367 (LDH) (CLP)

                  Plaintiff,

       v.

CITY OF NEW YORK; DR. LESLY JEAN
GILLES; DR. "JOHN" WALKER; DR. "JOHN"
SHPITS; DR. KYU KHIN; DR. AMANDA HARRIS,

                 Defendants.
------------------------------------------------------------X

     A Memorandum Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on February 12, 2019, dismissing the complaint without prejudice for failure to state a claim; granting Plaintiff leave to file an amended complaint within 30 days of this Order; and a Memorandum and Order having been filed on August 28, 2019, dismissing this action; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 269 U.S. 438, 444-45 (1962); it is

     ORDERED and ADJUDGED that this action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 269 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                                 Douglas C. Palmer
      August 30, 2019                                                         Clerk of Court

                                                                         by:    */s/ Jalitza Poveda*
                                                                                 Deputy Clerk